UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 2:07-00426-LKK |
| v. | ) | |
| GERALD DOUGLAS BROWN | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                        ( ) Ad Testificandum

Name of Detainee:    GERALD DOUGLAS BROWN
Detained at (custodian): Rio Cosumnes Correctional Center

Detainee is:
- a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
  charging detainee with: 21 U.S.C. § 841(a)(1)
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ( ) return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sean C. Flynn |
| Printed Name & Phone No: | SEAN C. FLYNN, Tel: 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 12, 2007.

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | |
| Booking or CDC #: | 09213383 | DOB: | |
| Facility Address: | Rio Cosumnes Correctional Center | Race: | African-American |
| | 12500 Bruceville Road | FBI #: | |
| | Elk Grove, California 95757 | | |
| Facility Phone: | (916) 874-1927 | | |
| Currently Incarcerated For: | HS 11351.5 - Possession or Purchase of Cocaine for Sale | | |
| | HS 11351 - Possession for Sale of Controlled Substances | | |

### RETURN OF SERVICE

Executed on _____     By: _____
                                                                                       (Signature)