```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GERALD DOUGLAS BROWN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  Cr-S-07-426 LKK
                                    )
13                 Plaintiff,       )
                                    )   ORDER AFTER HEARING
14       v.                         )
                                    )  Date:  December 11, 2007
15  GERALD DOUGLAS BROWN,           )  Time:  9:30 A.M.
                                    )  Judge: Hon. Lawrence K. Karlton
16                 Defendant.       )
                                    )
17  _____    )

18

19
```

20      This matter came on for Status Conference on November 15, 2007, in
21 the courtroom of the Honorable Lawrence K. Karlton, United States
22 District Court Judge.  Assistant United States Attorney Russell
23 Carlberg appeared for Sean Flynn for the United States of America.
24 Assistant Federal Defender Ned Smock appeared on behalf of Defendant
25 Gerald Brown.  The parties stipulate and agree that the time period
26 between November 15, 2007, and December 11, 2007 be excluded under the
27 Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),
28 based on continuity of counsel and defense preparation.

1   IT IS ORDERED that this matter is continued to December 11, 2007,
2 at 9:30 a.m. for Status Conference.
3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4 (iv) and Local Codes T4 and T2, the period from November 15, 2007, up
5 to and including December 11, 2007, is excluded from the time
6 computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.

9 Dated: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2