```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GERALD DOUGLAS BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Cr-S-07-426 LKK |
|                                ) | |
|             Plaintiff,         ) | |
|                                ) | ORDER AFTER HEARING |
|     v.                         ) | |
|                                ) | Date: January 23, 2008 |
| GERALD DOUGLAS BROWN,          ) | Time: 9:30 A.M. |
|                                ) | Judge: Hon. Lawrence K. Karlton |
|             Defendant.         ) | |
|                                ) | |
| _____  ) | |

This matter came on for Status Conference on December 11, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. Assistant United States Attorney Sean Flynn for the United States of America. Assistant Federal Defender Ned Smock appeared on behalf of Defendant Gerald Brown. The parties stipulate and agree that the time period between December 11, 2007, and January 23, 2008 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation.

1   IT IS ORDERED that this matter is continued to January 23, 2008,
2 at 9:30 a.m. for Status Conference.
3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4 (iv) and Local Codes T4 and T2, the period from December 11, 2007, up
5 to and including January 23, 2008, is excluded from the time
6 computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.

Dated: December 14, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2