```
DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GERALD DOUGLAS BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-426 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| GERALD DOUGLAS BROWN, ) | Date: May 6, 2008 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LEXI NEGIN, Assistant Federal Defender, attorney for defendant, that the current briefing schedule and hearing date be altered as follows:

Defendant's Reply Brief:  April 29, 2008

Hearing:  May 6, 2008

Defense counsel has just taken over the case.  Counsel needs time to familiarize herself with the case and prepare a reply brief.  In addition, counsel is engaged in a trial that is likely to last two weeks.

1   It is further stipulated and agreed between the parties that the
2  period beginning April 1, 2008 to May 6, 2008, should be excluded in
3  computing the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  All
5  parties stipulate and agree that this is an appropriate exclusion of
6  time within the meaning of Title 18, United States Code, Section
7  3161(h)(1)(F) (Local Code E).  The parties previously stipulated to an
8  exclusion of time on these grounds up to and including April 1, 2008.

Dated:  March 24, 2008                Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender


                                          /S/LEXI NEGIN
                                      LEXI NEGIN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      GERALD DOUGLAS BROWN


                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated:  March 24, 2008
                                          /S/ SEAN FLYNN
                                      SEAN FLYNN
                                      Assistant U.S. Attorney


                              **ORDER**

     **IT IS SO ORDERED.**

DATED: March 27, 2008

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT