```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  LEXI NEGIN, Bar # 250376
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  GERALD DOUGLAS BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-426 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| GERALD DOUGLAS BROWN, ) | Date: May 6, 2008 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LEXI NEGIN, Assistant Federal Defender, attorney for defendant, that the current briefing schedule and hearing date be altered as follows:

Defendant's Reply Brief:  May 13, 2008

Hearing:  May 20, 2008

   Defense counsel is awaiting evidence that could affect the Reply Brief and the argument on whether an evidentiary hearing is appropriate in this case.

   It is further stipulated and agreed between the parties that the

1  period beginning May 6, 2008 to May 20, 2008, should be excluded in
2  computing the time within which the trial of the above criminal
3  prosecution must commence for purposes of the Speedy Trial Act.  All
4  parties stipulate and agree that this is an appropriate exclusion of
5  time within the meaning of Title 18, United States Code, Section
6  3161(h)(1)(F) (Local Code E).  The parties previously stipulated to an
7  exclusion of time on these grounds up to and including May 6, 2008.

April 30, 2008                          Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                             /S/LEXI NEGIN
                                        LEXI NEGIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GERALD DOUGLAS BROWN


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  March 24, 2008
                                             /S/ SEAN FLYNN
                                        SEAN FLYNN
                                        Assistant U.S. Attorney


                        **ORDER**

    **IT IS SO ORDERED.**

DATED: May 1, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2