**FILED**

May 20, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:07-CR-00426
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
GERALD DOUGLAS BROWN, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __GERALD DOUGLAS BROWN__ , Case No. __2:07-CR-00426__ , Charge __21 USC 841(a)(1) - Possession of Cocaine Base (Crack Cocaine) with Intent to Distribute__ , from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of $__

           __  __    Unsecured Appearance Bond

           __  __    Appearance Bond with 10% Deposit

           __  __    Appearance Bond with Surety

           __  __    Corporate Surety Bail Bond

    _✔_    (Other)    __Motion to Suppress Granted__

Issued at __Sacramento, CA__ on __May 20, 2008__ at __10:59 am__ .

By _/s/ Lawrence K. Karlton_
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal