```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CASE NO. CR S 07-0426-LKK
                                  )
11           Plaintiff,            )
                                  )   STIPULATION AND
12      v.                        )   ORDER
                                  )
13  GERALD DOUGLAS BROWN,         )
                                  )   Date: September 23, 2008
14           Defendant.            )   Time: 9:30 a.m.
    _____ )   Hon. Lawrence K. Karlton
15
```

16    It is hereby stipulated and agreed to between the United
17 States of America through SEAN C. FLYNN, Assistant United States
18 Attorney, and defendant, GERALD DOUGLAS BROWN, by and through his
19 counsel, LEXI NEGIN, Assistant Federal Defender, that the status
20 conference in the above-captioned matter set for Tuesday,
21 September 23, 2008, be continued to **Monday, December 8, 2008, at**
22 **1:30 p.m.**

23    On May 20, 2008, the Court issued an order suppressing
24 certain evidence obtained from, and statements made by the
25 defendant during a routine traffic stop in Sacramento.  The
26 government timely filed its notice of appeal concerning that
27 ruling on May 21, 2008.  The matter is currently before the Ninth
28 Circuit.  The government's opening brief before that court is due

to be filed on October 6, 2008.

　　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 8, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(E) [interlocutory appeal] (Local Code D).

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: September 19, 2008      By:   /s/ Sean C. Flynn
                                    SEAN C. FLYNN
                                    Assistant U.S. Attorney




                                    DANIEL J. BRODERICK
                                    Federal Defender

DATE: September 19, 2008      By:   /s/Sean Flynn for Lexi Negin
                                    LEXI NEGIN
                                    Assistant Federal Defender
```

O R D E R

　　IT IS SO ORDERED.

　　DATED: September 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT