MCGREGOR W. SCOTT
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 07-0426-LKK |
| Plaintiff, | |
| | STIPULATION AND |
| v. | ORDER |
| GERALD DOUGLAS BROWN, | |
| | Date: December 8, 2008 |
| Defendant. | Time: 1:30 p.m. |
| | Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, GERALD DOUGLAS BROWN, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference in the above-captioned matter set for Monday, December 8, 2008, be continued to Tuesday, February 18, 2009, at 9:15 a.m.

On May 20, 2008, the Court issued an order suppressing certain evidence obtained from, and statements made by the defendant during a routine traffic stop in Sacramento. The government timely filed its notice of appeal concerning that ruling on May 21, 2008. The matter is currently before the Ninth Circuit. The parties have filed their opening briefs with the appeals court and the government's reply brief is due to be filed

on January 5, 2009.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 18, 2009, pursuant to 18 U.S.C. § 3161(h)(1)(E) [interlocutory appeal] (Local Code D).

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: December 4, 2008         By:      /s/ Sean C. Flynn
                                        SEAN C. FLYNN
                                        Assistant U.S. Attorney




                                        DANIEL J. BRODERICK
                                        Federal Defender

DATE: December 4, 2008         By:      /s/Sean Flynn for Lexi Negin
                                        LEXI NEGIN
                                        Assistant Federal Defender
```

O R D E R

IT IS SO ORDERED.

DATED: December 4, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT