```
LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 07-0426-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER |
| ) | |
| GERALD DOUGLAS BROWN, ) | |
| ) | Date: February 18, 2009 |
| Defendant. ) | Time: 9:15 a.m. |
| _____) | Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, GERALD DOUGLAS BROWN, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference in the above-captioned matter set for Wednesday, February 18, 2009, be continued to Tuesday, June 30, 2009, at 9:15 a.m.

On May 20, 2008, the Court issued an order suppressing certain evidence obtained from, and statements made by the defendant during a routine traffic stop in Sacramento. The government timely filed its notice of appeal concerning that ruling on May 21, 2008. The matter is currently before the Ninth Circuit. Oral argument is currently scheduled for Monday, April

13, 2009.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 30, 2009, pursuant to 18 U.S.C. § 3161(h)(1)(E) [interlocutory appeal] (Local Code D).

                            Respectfully Submitted,

                            LAWRENCE G. BROWN
                            Acting United States Attorney

DATE: February 13, 2009       By:   /s/ Sean C. Flynn
                                        SEAN C. FLYNN
                                        Assistant U.S. Attorney

                            DANIEL J. BRODERICK
                            Federal Defender

DATE: February 13, 2009       By:   /s/Sean Flynn for Lexi Negin
                                        LEXI NEGIN
                                        Assistant Federal Defender

                          O R D E R

    IT IS SO ORDERED.

    DATED: February 13, 2009

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT