1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   LEXI NEGIN, Bar # 250376
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    GERALD DOUGLAS BROWN
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,          )   No. CR-S-07-426 LKK
                                       )
10                  Plaintiff,         )
                                       )   STIPULATION AND ORDER
11          v.                         )
                                       )
12  GERALD DOUGLAS BROWN,              )   Judge: Hon. Lawrence K. Karlton
                                       )
13                                     )
                                       )
14                  Defendant.         )
    _____)
15

16          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

17  SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LEXI NEGIN, Assistant

18  Federal Defender, attorney for defendant, that Mr. Brown be ordered by the Court to be supervised by the

19  Pretrial Services Agency.  The proposed conditions of pretrial release are attached.

20          Mr. Brown notes his objection to Condition 9, and the government agrees that such condition be

21  stayed until further notice.

22  July 3, 2009                            Respectfully submitted,

23                                          DANIEL BRODERICK
                                            Federal Defender
24
                                               /S/LEXI NEGIN
25                                          LEXI NEGIN
                                            Assistant Federal Defender
26                                          Attorney for Defendant
                                            GERALD DOUGLAS BROWN
27

28

1          LAWRENCE K. BROWN
           Acting United States Attorney
2
             /S/ SEAN FLYNN
3          SEAN FLYNN
           Assistant U.S. Attorney
4

5                                **ORDER**

6          **IT IS SO ORDERED.**

7    DATED: July 7, 2009

8    _____
     LAWRENCE K. KARLTON
9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2