DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERALD DOUGLAS BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-426 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| GERALD DOUGLAS BROWN, | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |

This matter came on for Status Conference on June 30, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Sean Flynn appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Gerald Douglas Brown, who was present out of custody.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government. A further status conference date of August 18, 2009, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for preparation of counsel, from June 30, 2009, up until and including August 18, 2009.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to August 18, 2009, at 9:15 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,

1  the period from June 30, 2009, up to and including , August 18, 2009, is excluded from the time
2  computations required by the Speedy Trial Act due to ongoing preparation of counsel.
3  Dated: July 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT