DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERALD DOUGLAS BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-426 LKK |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERALD DOUGLAS BROWN, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on August 18, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 18, 2009, be continued until October 20, 2009. In addition, the parties stipulate that the time period from August 18, 2009, to October 20, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: August 17, 2009

                Respectfully submitted,

LAWRENCE G. BROWN                DANIEL BRODERICK
United States Attorney                   Federal Defender


 /s/ Lexi Negin for                       /s/ Lexi Negin
SEAN FLYNN                            LEXI NEGIN
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States              Attorney for Gerald Douglas Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERALD DOUGLAS BROWN,<br><br>　　　　　Defendant.<br>_____ | CASE NO. CR-S-07-426 LKK<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　For the reasons set forth in the stipulation of the parties, filed on August 17, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for August 18, 2009, be vacated and that the case be set for Tuesday, October 20, 2009 at 9:15 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 17, 2009 stipulation, the time under the Speedy Trial Act is excluded from August 18, 2009, through October 20, 2009, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 17, 2009

　　　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

2