DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERALD DOUGLAS BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-426 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| GERALD DOUGLAS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on October 20, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 20, 2009, be continued until November 10, 2009. In addition, the parties stipulate that the time period from October 20, 2009, to November 10, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: October 20, 2009

      Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ Lexi Negin for | /s/ Lexi Negin |
| SEAN FLYNN | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Gerald Douglas Brown |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-426 LKK |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERALD DOUGLAS BROWN, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on October 20, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for October 20, 2009, be vacated and that the case be set for Tuesday, November 10, 2009 at 9:15 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 20, 2009 stipulation, the time under the Speedy Trial Act is excluded from October 20, 2009, through November 10, 2009, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 19, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2