1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  LEXI NEGIN, Bar # 250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GERALD DOUGLAS BROWN

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   No. CR-S-07-426 LKK
                                   )
12          Plaintiff,              )
                                   )   ORDER
13     v.                           )
                                   )
14 GERALD DOUGLAS BROWN,           )   Judge: Hon. Lawrence K. Karlton
                                   )
16          Defendant.              )
   _____ )

18     This matter came on for Status Conference on August 10, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jared Dolan appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Gerald Douglas Brown, who was present out of custody.

     The trial currently set for August 31, 2010, was vacated. New trial dates were set as follows: Trial Confirmation Hearing set for September 28, 2010, at 9:15 a.m., with Jury Trial set for October 13, 2010, at 9:15 a.m.

     Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, preparation of counsel, from August 10, 2010, up until and including October 13, 2010.

///

1  Good cause appearing therefor,

2  IT IS ORDERED that the trial currently set for August 31, 2010 is vacated.  New trial dates are set
3  as follows:  Trial Confirmation Hearing set for September 28, 2010, at 9:15 a.m., with Jury Trial set for
4  October 13, 2010, at 9:15 a.m.

5  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
6  the period from August 10, 2010, up to and including , October 13, 2010, is excluded from the time
7  computations required by the Speedy Trial Act due to ongoing preparation of counsel.

9  Dated: August 27, 2010

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```