DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERALD DOUGLAS BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-426 LKK |
| Plaintiff, | |
| v. | ORDER |
| GERALD DOUGLAS BROWN, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came on for Status Conference on October 5, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jared Dolan appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Gerald Douglas Brown, who was present out of custody.

The trial date set for October 13, 2010, was vacated, and a change of plea hearing date was set for October 13, 2010, at 9:15 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, preparation of counsel, from October 5, 2010, up until and including October 13, 2010.

///

///

1    Good cause appearing therefor,

2    IT IS ORDERED that the trial date currently set for October 13, 2010 is vacated and a change of
3    plea hearing date is set for October 13, 2010, at 9:15 a.m.

4    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
5    the period from October 5, 2010, up to and including October 13, 2010, is excluded from the time
6    computations required by the Speedy Trial Act due to ongoing preparation of counsel.

8    Dated: October 13, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2